**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 15−13122−CMG | **DATE FILED::** 2/24/15 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Donnie L. Blue Jr.<br>xxx−xx−4569<br><br>Julia M. Blue<br>xxx−xx−8845 | ADDRESS OF DEBTOR(S):<br><br>36 Chelsea Road<br>Jackson, NJ 08527<br><br>36 Chelsea Road<br>Jackson, NJ 08527 |
| DEBTOR'S ATTORNEY:<br>William H. Oliver, Jr.<br>William H. Oliver, JR<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753<br><br>732−988−1500<br><br>William H. Oliver, Jr.<br>William H. Oliver, JR<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753<br><br>732−988−1500 | TRUSTEE:<br>Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076<br>(908) 322−8484 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

1/25/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: October 28, 2016                                   FOR THE COURT
                                                          James J. Waldron, Clerk

FORM NOA Rev. 5/2016

```
                               United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                       Case No. 15-13122-CMG
Donnie L. Blue, Jr.                                                          Chapter 7
Julia M. Blue
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Oct 28, 2016
                               Form ID: noa                 Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db/jdb         +Donnie L. Blue, Jr.,    Julia M. Blue,    36 Chelsea Road,    Jackson, NJ 08527-2649
515344812      +Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
515344815      +Bby/Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
515376531      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515448613      +Motion Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
                 Tinton Falls, NJ 07724-3001
515344828       Motion Federal Cu,    Park & Brunswick Ave,    Linden, NJ 07036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 28 2016 23:35:50      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 28 2016 23:35:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Oct 28 2016 23:18:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN  55113-0004
cr              EDI: IRS.COM Oct 28 2016 23:18:00     IRS Department of Treasury,    955 S. Springfield Ave,
                 Bldg A,   Springfield, NJ  07081
515372542       EDI: GMACFS.COM Oct 28 2016 23:18:00      Ally Financial,   PO Box 130424,
                 Roseville, MN 55113-0004
515344813      +EDI: GMACFS.COM Oct 28 2016 23:18:00      Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
515501310       EDI: BECKLEE.COM Oct 28 2016 23:18:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515344814      +EDI: AMEREXPR.COM Oct 28 2016 23:18:00      Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
515344816       EDI: BANKAMER.COM Oct 28 2016 23:18:00      Bk Of Amer,   Po Box 982235,    El Paso, TX 79998
515344817      +EDI: CAPITALONE.COM Oct 28 2016 23:18:00       Cap1/Boscv,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
515500371       EDI: BL-BECKET.COM Oct 28 2016 23:18:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
515499162      +EDI: BASSASSOC.COM Oct 28 2016 23:18:00       Cavalry SPV I, LLC,   c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
515344818      +EDI: WFNNB.COM Oct 28 2016 23:18:00      Comenity Bank/Avenue,    Po Box 182789,
                 Columbus, OH 43218-2789
515344819      +EDI: WFNNB.COM Oct 28 2016 23:18:00      Comenity Bank/Lnbryant,    4590 E Broad St,
                 Columbus, OH 43213-1301
515344820      +EDI: WFNNB.COM Oct 28 2016 23:18:00      Comenitybank/Trwrdsv,    3100 Easton Square Pl,
                 Columbus, OH 43219-6232
515344823      +E-mail/Text: collections@jeffersonassociates.com Oct 28 2016 23:35:53      Jefferson Associates,
                 3 Coral St,   Edison, NJ 08837-3242
515344824      +EDI: CBSKOHLS.COM Oct 28 2016 23:18:00      Kohls/Capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
515344825       E-mail/Text: camanagement@mtb.com Oct 28 2016 23:35:36      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
515404904       E-mail/Text: camanagement@mtb.com Oct 28 2016 23:35:36      M&T BANK,   PO BOX 1288,
                 BUffalo, NY 14240
515344826       E-mail/Text: camanagement@mtb.com Oct 28 2016 23:35:36      M&T Bank,   PO Box 62182,
                 Baltimore, MD 21264
515344827      +EDI: TSYS2.COM Oct 28 2016 23:18:00      Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
515602034       EDI: PRA.COM Oct 28 2016 23:18:00     Portfolio Recovery Associates, LLC,    c/o Best Buy,
                 POB 41067,   Norfolk VA 23541
515601363       EDI: PRA.COM Oct 28 2016 23:18:00     Portfolio Recovery Associates, LLC,    c/o Car Care One,
                 POB 41067,   Norfolk VA 23541
515600890       EDI: PRA.COM Oct 28 2016 23:18:00     Portfolio Recovery Associates, LLC,    c/o Sams Club,
                 POB 41067,   Norfolk VA 23541
515600886       EDI: PRA.COM Oct 28 2016 23:18:00     Portfolio Recovery Associates, LLC,
                 c/o Sears Gold Mastercard,    POB 41067,   Norfolk VA 23541
515601458       EDI: PRA.COM Oct 28 2016 23:18:00     Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
515601031       EDI: PRA.COM Oct 28 2016 23:18:00     Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
515432106       EDI: Q3G.COM Oct 28 2016 23:18:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
515344829      +EDI: SEARS.COM Oct 28 2016 23:18:00      Sears/Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
515344830      +EDI: RMSC.COM Oct 28 2016 23:18:00      Syncb/Carcare One,   C/O Po Box 965036,
                 Orlando, FL 32896-0001
515344831      +EDI: RMSC.COM Oct 28 2016 23:18:00      Syncb/Sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
515344832      +EDI: RMSC.COM Oct 28 2016 23:18:00      Syncb/Sams Club Dc,    Po Box 965005,
                 Orlando, FL 32896-5005
515344833      +EDI: RMSC.COM Oct 28 2016 23:18:00      Syncb/Walmart,   Po Box 965024,    Orlando, FL 32896-5024
```

```
District/off: 0312-3           User: admin              Page 2 of 2                 Date Rcvd: Oct 28, 2016
                               Form ID: noa             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515394318      +E-mail/Text: bncmail@w-legal.com Oct 28 2016 23:35:56     TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515344834      +EDI: WTRRNBANK.COM Oct 28 2016 23:18:00      Td Bank Usa/Targetcred,    Po Box 673,
                Minneapolis, MN 55440-0673
515344835      +EDI: CITICORP.COM Oct 28 2016 23:18:00       Thd/Cbna,    Po Box 6497,
                Sioux Falls, SD 57117-6497
515344821       EDI: USBANKARS.COM Oct 28 2016 23:18:00      Elan Financial Service,    777 E Wisconsin Ave,
                Milwaukee, WI 53202
515437045       EDI: WFFC.COM Oct 28 2016 23:18:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                Irvine, CA 92623-9657
515344836      +EDI: WFFC.COM Oct 28 2016 23:18:00      Wfds,    Po Box 1697,    Winterville, NC 28590-1697
                                                                                              TOTAL: 39

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515500372*      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515344822*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Special Procedures,   Bankruptcy Section,
                P.O. Box 724,    Springfield, NJ 07081)
515366385*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              William H. Oliver, Jr.    on behalf of Debtor Donnie L. Blue, Jr. bkwoliver@aol.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Julia M. Blue bkwoliver@aol.com
                                                                                              TOTAL: 9
```