UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAREN E. BEZNER, ESQ.
567 Park Avenue, Suite 103
Scotch Plains, New Jersey  07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

DONNIE and JULIA BLUE

Order Filed on November 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:       15-13122

Chapter:           7

Judge:           CMG

**ORDER AUTHORIZING RETENTION OF**

**SPECIAL COUNSEL TO THE TRUSTEE**

The relief set forth on the following page is **ORDERED**.

**DATED: November 29, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Martin Kane & Kuper_____

as _____Special Counsel To The Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  _796 Amboy Avenue_

    _Perth Amboy, New Jersey  08861_

    _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Donnie L. Blue, Jr.  
Julia M. Blue  
    Debtors

Case No. 15-13122-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 29, 2016  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2016.  
db/jdb       +Donnie L. Blue, Jr.,    Julia M. Blue,    36 Chelsea Road,    Jackson, NJ 08527-2649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2016 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
        Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        William H. Oliver, Jr.    on behalf of Debtor Donnie L. Blue, Jr. bkwoliver@aol.com  
        William H. Oliver, Jr.    on behalf of Joint Debtor Julia M. Blue bkwoliver@aol.com

                                                                                                        TOTAL: 9