**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Donnie L. Blue Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4569<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Julia M. Blue<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8845<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   15–13122–CMG

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donnie L. Blue Jr.                    Julia M. Blue

**By the court:**   Christine M. Gravelle
1/19/18                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 15-13122-CMG
Donnie L. Blue, Jr.                                                 Chapter 7
Julia M. Blue
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 19, 2018
                              Form ID: 318             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db/jdb         #+Donnie L. Blue, Jr.,   Julia M. Blue,   36 Chelsea Road,   Jackson, NJ 08527-2649
sp              +Martin Kane & Kuper,   796 Amboy Ave.,   Perth Amboy, NJ 08861-2575
515344815       +Bby/Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
515376531       +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                  Mason, OH 45040-8053
515448613       +Motion Federal Credit Union,   c/o Peter J. Liska, LLC,   766 Shrewsbury Avenue,
                  Tinton Falls, NJ 07724-3001
515344828        Motion Federal Cu,   Park & Brunswick Ave,   Linden, NJ 07036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 20 2018 00:31:15    U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 20 2018 00:31:12    United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Jan 20 2018 00:13:00    Ally Financial serviced by Ally Servicing LLC,
                  PO Box 130424,   Roseville, MN 55113-0004
cr              EDI: IRS.COM Jan 20 2018 00:13:00    IRS Department of Treasury,   955 S. Springfield Ave,
                  Bldg A,   Springfield, NJ  07081
515372542       EDI: GMACFS.COM Jan 20 2018 00:13:00    Ally Financial,   PO Box 130424,
                  Roseville, MN 55113-0004
515344813      +EDI: GMACFS.COM Jan 20 2018 00:13:00    Ally Financial,   200 Renaissance Ctr,
                  Detroit, MI 48243-1300
515501310       EDI: BECKLEE.COM Jan 20 2018 00:13:00    American Express Centurion Bank,
                  c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515344814      +EDI: AMEREXPR.COM Jan 20 2018 00:13:00    Amex,   Po Box 297871,
                  Fort Lauderdale, FL 33329-7871
515344816       EDI: BANKAMER.COM Jan 20 2018 00:13:00    Bk Of Amer,   Po Box 982235,   El Paso, TX 79998
515344817      +EDI: CAPITALONE.COM Jan 20 2018 00:13:00    Cap1/Boscv,   26525 N Riverwoods Blvd,
                  Mettawa, IL 60045-3440
515500371       EDI: BL-BECKET.COM Jan 20 2018 00:13:00    Capital One, N.A.,   c o Becket and Lee LLP,
                  POB 3001,   Malvern, PA 19355-0701
515499162      +EDI: BASSASSOC.COM Jan 20 2018 00:13:00    Cavalry SPV I, LLC,   c/o Bass & Associates, P.C.,
                  3936 E. Ft. Lowell Suite 200,   Tucson, AZ 85712-1083
515344818      +EDI: WFNNB.COM Jan 20 2018 00:13:00    Comenity Bank/Avenue,   Po Box 182789,
                  Columbus, OH 43218-2789
515344819      +EDI: WFNNB.COM Jan 20 2018 00:13:00    Comenity Bank/Lnbryant,   4590 E Broad St,
                  Columbus, OH 43213-1301
515344820      +EDI: WFNNB.COM Jan 20 2018 00:13:00    Comenitybank/Trwrdsv,   3100 Easton Square Pl,
                  Columbus, OH 43219-6232
515344823      +E-mail/Text: collections@jeffersonassociates.com Jan 20 2018 00:31:24    Jefferson Associates,
                  3 Coral St,   Edison, NJ 08837-3242
515344824      +EDI: CBSKOHLS.COM Jan 20 2018 00:13:00    Kohls/Capone,   N56 W 17000 Ridgewood Dr,
                  Menomonee Falls, WI 53051-7096
515344825       E-mail/Text: camanagement@mtb.com Jan 20 2018 00:31:04    M & T Bank,   1 Fountain Plz,
                  Buffalo, NY 14203
515404904       E-mail/Text: camanagement@mtb.com Jan 20 2018 00:31:04    M&T BANK,   PO BOX 1288,
                  BUffalo, NY 14240
515344826       E-mail/Text: camanagement@mtb.com Jan 20 2018 00:31:04    M&T Bank,   PO Box 62182,
                  Baltimore, MD 21264
515344827      +EDI: TSYS2.COM Jan 20 2018 00:13:00    Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
515602034       EDI: PRA.COM Jan 20 2018 00:13:00    Portfolio Recovery Associates, LLC,   c/o Best Buy,
                  POB 41067,   Norfolk VA 23541
515601363       EDI: PRA.COM Jan 20 2018 00:13:00    Portfolio Recovery Associates, LLC,   c/o Car Care One,
                  POB 41067,   Norfolk VA 23541
515600890       EDI: PRA.COM Jan 20 2018 00:13:00    Portfolio Recovery Associates, LLC,   c/o Sams Club,
                  POB 41067,   Norfolk VA 23541
515600886       EDI: PRA.COM Jan 20 2018 00:13:00    Portfolio Recovery Associates, LLC,
                  c/o Sears Gold Mastercard,   POB 41067,   Norfolk VA 23541
515601458       EDI: PRA.COM Jan 20 2018 00:13:00    Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                  POB 41067,   Norfolk VA 23541
515601031       EDI: PRA.COM Jan 20 2018 00:13:00    Portfolio Recovery Associates, LLC,
                  c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
515432106       EDI: Q3G.COM Jan 20 2018 00:13:00    Quantum3 Group LLC as agent for,   Comenity Bank,
                  PO Box 788,   Kirkland, WA  98083-0788
516488241       EDI: Q3G.COM Jan 20 2018 00:13:00    Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                  PO Box 788,   Kirkland, WA  98083-0788
515344829      +EDI: SEARS.COM Jan 20 2018 00:13:00    Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
515344830      +EDI: RMSC.COM Jan 20 2018 00:13:00    Syncb/Carcare One,   C/O Po Box 965036,
                  Orlando, FL 32896-0001
515344831      +EDI: RMSC.COM Jan 20 2018 00:13:00    Syncb/Sams Club,   Po Box 965005,
                  Orlando, FL 32896-5005
```

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Jan 19, 2018
                               Form ID: 318             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515344832     +EDI: RMSC.COM Jan 20 2018 00:13:00      Syncb/Sams Club Dc,    Po Box 965005,
               Orlando, FL 32896-5005
515344833     +EDI: RMSC.COM Jan 20 2018 00:13:00      Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
515394318     +E-mail/Text: bncmail@w-legal.com Jan 20 2018 00:31:28       TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515344834     +EDI: WTRRNBANK.COM Jan 20 2018 00:13:00      Td Bank Usa/Targetcred,    Po Box 673,
               Minneapolis, MN 55440-0673
515344835     +EDI: CITICORP.COM Jan 20 2018 00:13:00      Thd/Cbna,    Po Box 6497,
               Sioux Falls, SD 57117-6497
515344821      EDI: USBANKARS.COM Jan 20 2018 00:13:00      Elan Financial Service,    777 E Wisconsin Ave,
               Milwaukee, WI 53202
515437045      EDI: WFFC.COM Jan 20 2018 00:13:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
               Irvine, CA 92623-9657
515344836     +EDI: WFFC.COM Jan 20 2018 00:13:00      Wfds,    Po Box 1697,    Winterville, NC 28590-1697
                                                                                               TOTAL: 40

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515500372*      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515344822*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:    Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
               P.O. Box 724,    Springfield, NJ 07081)
515366385*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
               Philadelphia, PA 19101-7346
515344812     ##+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              William H. Oliver, Jr.    on behalf of Debtor Donnie L. Blue, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Julia M. Blue bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 9
```