UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Donnie and Julia Blue

Case No.: 15-13122
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Karen E. Bezner__, __Trustee__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __December 11, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, NJ 08608__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal injury suit by debtor Donnie Blue for damages resulting from auto accident 01/05/2015

Pertinent terms of settlement: Trustee will accept $165,000.00 in full settlement of the litigation, subject to attorneys' fees and costs incurred by debtor's counsel and debtor's exemption.

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 15-13122-CMG
Donnie L. Blue, Jr.                                                           Chapter 7
Julia M. Blue
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Nov 09, 2018
                              Form ID: pdf905          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
```
db/jdb         #+Donnie L. Blue, Jr.,    Julia M. Blue,    36 Chelsea Road,    Jackson, NJ 08527-2649
sp              +Martin Kane & Kuper,    796 Amboy Ave.,    Perth Amboy, NJ 08861-2575
515501310        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515344814       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
515344816      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
515344815       +Bby/Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
515500371        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515376531       +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515344827       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
515448613       +Motion Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
                 Tinton Falls, NJ 07724-3001
515344828        Motion Federal Cu,    Park & Brunswick Ave,    Linden, NJ 07036
515344829       +Sears/Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
515344834       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515344835       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
515344821      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Service,     777 E Wisconsin Ave,
                 Milwaukee, WI 53202)
515437045        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515344836       +Wfds,   Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2018 23:54:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2018 23:54:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2018 23:53:43      Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
cr              E-mail/Text: cio.bncmail@irs.gov Nov 09 2018 23:53:58      IRS Department of Treasury,
                 955 S. Springfield Ave, Bldg A,    Springfield, NJ 07081
515372542       E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2018 23:53:43      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
515344813      +E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2018 23:53:43      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
515344817      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2018 23:59:27      Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
515499162      +E-mail/Text: bnc@bass-associates.com Nov 09 2018 23:53:43      Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
515344818      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2018 23:54:21      Comenity Bank/Avenue,
                 Po Box 182789,    Columbus, OH 43218-2789
515344819      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2018 23:54:21      Comenity Bank/Lnbryant,
                 4590 E Broad St,    Columbus, OH 43213-1301
515344820      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2018 23:54:21      Comenitybank/Trwrdsv,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
515344823      +E-mail/Text: collections@jeffersonassociates.com Nov 09 2018 23:54:48      Jefferson Associates,
                 3 Coral St,    Edison, NJ 08837-3242
515344824      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 09 2018 23:53:48      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515344825       E-mail/Text: camanagement@mtb.com Nov 09 2018 23:54:14      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
515404904       E-mail/Text: camanagement@mtb.com Nov 09 2018 23:54:14      M&T BANK,   PO BOX 1288,
                 BUffalo, NY 14240
515344826       E-mail/Text: camanagement@mtb.com Nov 09 2018 23:54:14      M&T Bank,   PO Box 62182,
                 Baltimore, MD 21264
515602034       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 00:21:29
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
515601363       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 00:21:29
                 Portfolio Recovery Associates, LLC,    c/o Car Care One,    POB 41067,    Norfolk VA 23541
515600890       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 00:21:29
                 Portfolio Recovery Associates, LLC,    c/o Sams Club,    POB 41067,    Norfolk VA 23541
515600886       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 23:59:04
                 Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
                 Norfolk VA 23541
515601458       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 23:58:36
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515601031       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 23:59:07
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
515432106       E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2018 23:54:30
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 09, 2018
                              Form ID: pdf905          Total Noticed: 46


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516488241          E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2018 23:54:30
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
515344830         +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 23:58:30      Syncb/Carcare One,
                   C/O Po Box 965036,    Orlando, FL 32896-0001
515344831         +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 23:58:30      Syncb/Sams Club,    Po Box 965005,
                   Orlando, FL 32896-5005
515344832         +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 23:58:30      Syncb/Sams Club Dc,
                   Po Box 965005,    Orlando, FL 32896-5005
515344833         +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 23:58:56      Syncb/Walmart,    Po Box 965024,
                   Orlando, FL 32896-5024
515394318         +E-mail/Text: bncmail@w-legal.com Nov 09 2018 23:54:51       TD BANK USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 29

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
515500372*        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515344822*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                   (address filed with court:    Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                   P.O. Box 724,    Springfield, NJ 07081)
515366385*        Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                   Philadelphia, PA 19101-7346
515344812       ##+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          William H. Oliver, Jr.    on behalf of Debtor Donnie L. Blue, Jr. bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Joint Debtor Julia M. Blue bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 9
```