# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: : Case no.: __15-13122-CMG__

Donnie L. Blue, Jr.
Julia M. Blue       : Chapter: __7__

                    : Judge: __Gravelle__

Debtor(s) :

# CERTIFICATION OF NO OBJECTION

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):

Personal injury suit by debtor Donnie Blue for damages resulting from auto accident on 01/05/2015

JEANNE A. NAUGHTON, Clerk

Date: __12/6/2018__        By: __Alyson M. Guida__

*rev.2/10/17*