| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | **Order Filed on May 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DONNIE and JULIA BLUE | Case No.: 15-13122<br><br><br>Judge: Hon. Christine M. Gravelle, U.S.B.J. |

### ORDER AUTHORIZING EARLY DISTRIBUTION OF SURPLUS FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Donnie and Julia Blue
Case No.: 15-13122 (CMG)
Caption of Order: Order Authorizing Early Distribution Of Surplus Funds

---

**ORDERED** that Karen E. Bezner, Chapter 7 Trustee is hereby authorized to make immediate distribution to the debtor of the sum of $37,868.94 as debtor's surplus.