UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

DONNIE and JULIA BLUE,

Case No.: 15-13122

**Order Filed on May 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Judge: Hon. Christine M. Gravelle, U.S.B.J.

## ORDER EXPUNGING CLAIM NO. 6 FILED BY M&T BANK

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Donnie and Julia Blue
Case No.: 15-13122 (CMG)
Caption of Order: Order Expunging Claim No. 6 Filed By M&T Bank\

---

**ORDERED** that Claim No. 6 filed on March 25, 2015 by M&T Bank in the amount of $211,630.33 be and the same is hereby expunged.