| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | **Order Filed on May 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DONNIE and JULIA BLUE, | Case No.: 15-13122<br><br><br><br>Judge: Hon. Christine M. Gravelle, U.S.B.J. |

### ORDER EXPUNGING CLAIM NO. 8 FILED BY WELLS FARGO BANK, N.A.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2019**

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Donnie and Julia Blue
Case No.: 15-13122 (CMG)
Caption of Order: Order Expunging Claim No. 8 Filed By Wells Fargo Bank, N.A.

---

**ORDERED** that Claim No. 8 filed on April 9, 2015 by Wells Fargo Bank, N.A. in the amount of

$871.38 be and the same is hereby expunged.