| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | **Order Filed on May 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DONNIE and JULIA BLUE, | Case No.: 15-13122<br><br><br>Judge: Hon. Christine M. Gravelle, U.S.B.J. |

## ORDER EXPUNGING CLAIM NO. 6 FILED BY M&T BANK

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Donnie and Julia Blue
Case No.: 15-13122 (CMG)
Caption of Order: Order Expunging Claim No. 6 Filed By M&T Bank\

**ORDERED** that Claim No. 6 filed on March 25, 2015 by M&T Bank in the amount of $211,630.33 be and the same is hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:  
Donnie L. Blue, Jr.  
Julia M. Blue  
    Debtors

Case No. 15-13122-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 21, 2019  
                         Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.  
db         #+Donnie L. Blue, Jr.,    36 Chelsea Road,    Jackson, NJ 08527-2649  
jdb        #+Julia M. Blue,    36 Chelsea Road,    Jackson, NJ 08527-2649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:  
       Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor     Lakeview Loan Servicing, LLC  
        bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
       John R. Morton, Jr.     on behalf of Creditor     Ally Financial serviced by Ally Servicing LLC  
        ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
       Joshua I. Goldman     on behalf of Creditor     Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Karen E. Bezner     on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
       Karen E. Bezner     on behalf of Spec. Counsel     Martin Kane & Kuper Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
       Karen E. Bezner     Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
       William H. Oliver, Jr.     on behalf of Debtor Donnie L. Blue, Jr. bkwoliver@aol.com,    R59915@notify.bestcase.com  
       William H. Oliver, Jr.     on behalf of Joint Debtor Julia M. Blue bkwoliver@aol.com,    R59915@notify.bestcase.com  
                                                                                     TOTAL: 10