Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−13122−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Donnie L. Blue Jr. | Julia M. Blue |
| 36 Chelsea Road | 36 Chelsea Road |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
  xxx−xx−4569                                       xxx−xx−8845

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      12/3/19
Time:      02:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Karen E. Bezner, Trustee's Attorney

COMMISSION OR FEES
Fees $4,920.00

EXPENSES
$185.06

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 29, 2019
JAN:

                                            Jeanne Naughton
                                            Clerk

Case 15-13122-CMG    Doc 79    Filed 10/31/19    Entered 11/01/19 00:30:39    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-13122-CMG
Donnie L. Blue, Jr.                                                     Chapter 7
Julia M. Blue
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Oct 29, 2019
                               Form ID: 137             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
```
db          #+Donnie L. Blue, Jr.,    36 Chelsea Road,    Jackson, NJ 08527-2649
jdb         #+Julia M. Blue,    36 Chelsea Road,    Jackson, NJ 08527-2649
sp           +Martin Kane & Kuper,    796 Amboy Ave.,    Perth Amboy, NJ 08861-2575
515501310     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515344814    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
515344816   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515344815    +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
515500371     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515376531    +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
515344827    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
515448613    +Motion Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
              Tinton Falls, NJ 07724-3001
515344828     Motion Federal Cu,    Park & Brunswick Ave,    Linden, NJ 07036
515344829    +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
515344834    +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515344835    +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
515344821   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,    777 E Wisconsin Ave,
              Milwaukee, WI 53202)
515437045     Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515344836    +Wfds,   Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 23:56:15     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 23:56:11     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr            E-mail/Text: ally@ebn.phinsolutions.com Oct 29 2019 23:54:48
              Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
cr            E-mail/Text: cio.bncmail@irs.gov Oct 29 2019 23:55:34      IRS Department of Treasury,
              955 S. Springfield Ave,    Bldg A,    Springfield, NJ 07081
515372542     E-mail/Text: ally@ebn.phinsolutions.com Oct 29 2019 23:54:48     Ally Financial,
              PO Box 130424,    Roseville, MN 55113-0004
515344813    +E-mail/Text: ally@ebn.phinsolutions.com Oct 29 2019 23:54:48     Ally Financial,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
515344817    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 23:52:00      Cap1/Boscv,
              26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
515499162    +E-mail/Text: bnc@bass-associates.com Oct 29 2019 23:54:48     Cavalry SPV I, LLC,
              c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
515344818    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 29 2019 23:55:54     Comenity Bank/Avenue,
              Po Box 182789,    Columbus, OH 43218-2789
515344819    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 29 2019 23:55:54     Comenity Bank/Lnbryant,
              4590 E Broad St,    Columbus, OH 43213-1301
515344820    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 29 2019 23:55:54     Comenitybank/Trwrdsv,
              3100 Easton Square Pl,    Columbus, OH 43219-6232
515344823    +E-mail/Text: collections@jeffersonassociates.com Oct 29 2019 23:56:19     Jefferson Associates,
              3 Coral St,   Edison, NJ 08837-3242
515344824    +E-mail/Text: bncnotices@becket-lee.com Oct 29 2019 23:55:23      Kohls/Capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515344825     E-mail/Text: camanagement@mtb.com Oct 29 2019 23:55:49     M & T Bank,    1 Fountain Plz,
              Buffalo, NY 14203
515404904     E-mail/Text: camanagement@mtb.com Oct 29 2019 23:55:49     M&T BANK,    PO BOX 1288,
              BUffalo, NY 14240
515344826     E-mail/Text: camanagement@mtb.com Oct 29 2019 23:55:49     M&T Bank,    PO Box 62182,
              Baltimore, MD 21264
515602034     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 00:15:10
              Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
515601363     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 23:51:56
              Portfolio Recovery Associates, LLC,    c/o Car Care One,    POB 41067,    Norfolk VA 23541
515600890     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 23:53:00
              Portfolio Recovery Associates, LLC,    c/o Sams Club,    POB 41067,    Norfolk VA 23541
515600886     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 23:52:26
              Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
              Norfolk VA 23541
515601458     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 23:51:54
              Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515601031     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 23:52:24
              Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
515432106     E-mail/Text: bnc-quantum@quantum3group.com Oct 29 2019 23:56:04
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 29, 2019
                              Form ID: 137             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516488241          E-mail/Text: bnc-quantum@quantum3group.com Oct 29 2019 23:56:04
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
515344830         +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 23:52:13      Syncb/Carcare One,
                   C/O Po Box 965036,    Orlando, FL 32896-0001
515344831         +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 23:52:13      Syncb/Sams Club,   Po Box 965005,
                   Orlando, FL 32896-5005
515344832         +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 23:51:46      Syncb/Sams Club Dc,
                   Po Box 965005,    Orlando, FL 32896-5005
515344833         +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 23:52:13      Syncb/Walmart,   Po Box 965024,
                   Orlando, FL 32896-5024
515394318         +E-mail/Text: bncmail@w-legal.com Oct 29 2019 23:56:22      TD BANK USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515500372*        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515344822*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                   P.O. Box 724,    Springfield, NJ 07081)
515366385*        Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                   Philadelphia, PA 19101-7346
515344812       ##+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
                                                                                              TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Spec. Counsel    Martin Kane & Kuper Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              William H. Oliver, Jr.    on behalf of Debtor Donnie L. Blue, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Julia M. Blue bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 10
```