UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Donnie L. Blue, Jr.
Julia M. Blue

Order Filed on December 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____15-13122-CMG_____

Hearing Date: _____12/3/19_____

Judge: _____Christine M. Gravelle_____

Chapter: _____7_____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Karen E. Bezner, Trustee's Attorney | $4,920.00 | $185.06 |

*rev. 7/1/04 jml*