Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−13122−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donnie L. Blue Jr.　　　　　　　　　　　　　　Julia M. Blue
36 Chelsea Road　　　　　　　　　　　　　　　36 Chelsea Road
Jackson, NJ 08527　　　　　　　　　　　　　　Jackson, NJ 08527

Social Security No.:
　xxx−xx−4569　　　　　　　　　　　　　　　　xxx−xx−8845

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE:　　　　　April 6, 2021
TIME:　　　　　02:00 PM
LOCATION:　　Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:　　　　　$165,000.00
TOTAL DISBURSEMENTS:　　$131,927.46
BALANCE ON HAND:　　　　$33,072.54

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Karen Bezner, Trustee

COMMISSION OR FEES
$7,934.15

EXPENSES
$99.35

The trustee's application to abandon the following property will be heard and acted upon:
none

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: March 2, 2021
JAN: wdr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Donnie L. Blue, Jr.  
Julia M. Blue  
    Debtors

Case No. 15-13122-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: 192 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Donnie L. Blue, Jr., 36 Chelsea Road, Jackson, NJ 08527-2649 |
| jdb | #+ | Julia M. Blue, 36 Chelsea Road, Jackson, NJ 08527-2649 |
| sp | + | Martin Kane & Kuper, 796 Amboy Ave., Perth Amboy, NJ 08861-2575 |
| 515344812 | + | Acb Receivables Mngmt, 19 Main St, Asbury Park, NJ 07712-7012 |
| 515501310 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515344814 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 515344816 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 515344815 | + | Bby/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 515500371 | | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515376531 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank For Macys Branded, Bankruptcy Processing, Po Box 8053, Mason, OH 45040 |
| 515344827 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 515448613 | + | Motion Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 515344828 | | Motion Federal Cu, Park & Brunswick Ave, Linden, NJ 07036 |
| 515344829 | + | Sears/Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 515344834 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 515344835 | + | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 515344821 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial Service, 777 E Wisconsin Ave, Milwaukee, WI 53202 |
| 515437045 | | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 515344836 | + | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | Mar 02 2021 20:33:00 | Ally Financial serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2021 20:34:00 | IRS Department of Treasury, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081 |
| 515372542 | | Email/Text: ally@ebn.phinsolutions.com | Mar 02 2021 20:33:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 515344813 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 02 2021 20:33:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI |

Case 15-13122-CMG    Doc 85    Filed 03/04/21    Entered 03/05/21 00:20:21    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: 192 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | 48243-1300 |
| 515344817 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 02 2021 21:40:53 | Cap1/Boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 515499162 | + | Email/Text: bnc@bass-associates.com | Mar 02 2021 20:33:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 515344818 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2021 20:35:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 515344819 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2021 20:35:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 515344820 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2021 20:35:00 | Comenitybank/Trwrdsv, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 515344827 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:41:08 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 515344823 | + | Email/Text: collections@jeffersonassociates.com | Mar 02 2021 20:35:00 | Jefferson Associates, 3 Coral St, Edison, NJ 08837-3242 |
| 515344824 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2021 20:34:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515344825 | | Email/Text: camanagement@mtb.com | Mar 02 2021 20:34:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 515404904 | | Email/Text: camanagement@mtb.com | Mar 02 2021 20:34:00 | M&T BANK, PO BOX 1288, BUffalo, NY 14240 |
| 515344826 | | Email/Text: camanagement@mtb.com | Mar 02 2021 20:34:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 515602034 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:10 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 515601363 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:11 | Portfolio Recovery Associates, LLC, c/o Car Care One, POB 41067, Norfolk VA 23541 |
| 515600890 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:58 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 515600886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:39:24 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 515601458 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:58 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 515601031 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:10 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 516488241 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 20:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 515432106 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 20:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515344829 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:39:34 | Sears/Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 515344830 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:49 | Syncb/Carcare One, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 515344831 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:16 | Syncb/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 515344832 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:03 | Syncb/Sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 515344833 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:03 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 515394318 | + | Email/Text: bncmail@w-legal.com | Mar 02 2021 20:35:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: 192 | Total Noticed: 48 |

| 515344835 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|---|---|---|---|
| | | Mar 02 2021 21:39:32 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 515344821 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Mar 02 2021 20:35:00 | Elan Financial Service, 777 E Wisconsin Ave, Milwaukee, WI 53202 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515500372 | * | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515344822 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 515366385 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial serviced by Ally Servicing LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Lakeview Loan Servicing  LLC josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Spec. Counsel Martin Kane & Kuper Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| William H. Oliver, Jr. | on behalf of Debtor Donnie L. Blue  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com |
| William H. Oliver, Jr. | |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Mar 02, 2021 Form ID: 192 Total Noticed: 48

on behalf of Joint Debtor Julia M. Blue courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 10