Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–13122–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donnie L. Blue Jr.　　　　　　　　　　　　　　Julia M. Blue
36 Chelsea Road　　　　　　　　　　　　　　　36 Chelsea Road
Jackson, NJ 08527　　　　　　　　　　　　　　Jackson, NJ 08527

Social Security No.:
　xxx–xx–4569　　　　　　　　　　　　　　　　xxx–xx–8845

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 16, 2021　　　　　　　　Christine M. Gravelle
　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court